**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| RICARDO MEDRANO, ) | |
| ID # 43461-060, ) | |
|     Plaintiff, ) | |
| vs. ) | No. 3:15-CV-0261-N-BH |
| ) | |
| VOLUNTEERS OF AMERICA, et al., ) | |
|     Defendants. ) | Referred to U.S. Magistrate Judge |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court. The case will be dismissed by separate judgment for failure to prosecute or follow court orders.

SIGNED this 2nd day of September, 2016.

_____
UNITED STATES DISTRICT JUDGE